## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd J. Eleuteri<br>      Jeanette P. Eleuteri | BK NO. 23-00472 HWV |
| Debtor(s) | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Michael Farrington*
                        Michael Farrington
                        19 Apr 2023, 16:56:37, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322

Document ID: a2cf9ed8b847f373123c78adbe61a77616edecd7c0fbe90ff139afe4aa62811e