UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TODD J ELEUTERI
JEANETTE P ELEUTERI

CASE NO: 23-00472

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/23/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/23/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TODD J ELEUTERI
JEANETTE P ELEUTERI

CASE NO: 23-00472

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/23/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/23/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO                                                                            ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING          ALLY BANK  CO AIS PORTFOLIO SERVICES       ~~(U)ALLY FINANCIAL~~
NCRS ADDRESS DOWNLOAD                     LLC
CASE 23-00472                            4515 N SANTA FE AVE DEPT APS
MIDDLE DISTRICT OF PENNSYLVANIA          OKLAHOMA CITY  OK 73118-7901
TUE MAY 23 11-29-25 PST 2023

                                         ~~EXCLUDE~~

NEWREZ LLC DBA SHELLPOINT MORTGAGE        ~~(U)PNC BANK  NATIONAL ASSOCIATION~~      PRA RECEIVABLES MANAGEMENT  LLC
SERVICI                                                                              PO BOX 41021
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA                                              NORFOLK  VA 23541-1021
130 CLINTON RD 202
FAIRFIELD  NJ 07004-2927


~~EXCLUDE~~                                                                          ~~EXCLUDE~~

~~US BANKRUPTCY COURT~~                   ALLY BANK                                   ~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~
~~SYLVIA H RAMBO US COURTHOUSE~~          AIS PORTFOLIO SERVICES  LLC                 ~~LLC~~
~~1501 N 6TH STREET~~                     4515 N SANTA FE AVE DEPT APS                ~~4515 N SANTA FE AVE DEPT APS~~
~~HARRISBURG  PA 17102-1104~~             OKLAHOMA CITY  OK 73118-7901                ~~OKLAHOMA CITY  OK 73118-7901~~


ALLY FINANCIAL                           ASHLEY FUNDING SERVICES  LLC                (P)DEPARTMENT OF LABOR  INDUSTRY
ATTN BANKRUPTCY                          RESURGENT CAPITAL SERVICES                  ATTN OFFICE OF CHIEF COUNSEL
PO BOX 380901                            PO BOX 10587                                651 BOAS STREET 10TH FLOOR
BLOOMINGTON  MN 55438-0901               GREENVILLE  SC 29603-0587                   HARRISBURG PA 17121-0751


COMPUTER CREDIT  INC                     FAIRVIEW TOWNSHIP EMS                       INTERNAL REVENUE SERVICE
PO BOX 5238                              522 LOCUST RD                               PO BOX 7346
WINSTON SALEM  NC 27113-5238             NEW CUMBERLAND  PA 17070-3139               PHILADELPHIA  PA 19101-7346


(P)LABORATORY CORPORATION OF AMERICA     LEBANON INTERNAL MEDICINE ASSOC  PC        NFIP DIRECT
ATTN GOVERNMENT AUDITS                    755 NORMAN DR                              PO BOX 913111
PO BOX 2270                              LEBANON  PA 17042-3704                      DENVER  CO 80291-3111
BURLINGTON NC 27216-2270


NEWREZ LLC DBA SHELLPOINT MORTGAGE        OFFICE OF ATTORNEY GENERAL                 P S E C U
SERVICI                                   FINANCIAL ENFORCEMENT                      ATTENTION BANKRUPTCY
PO BOX 10826                             16TH FLOOR  STRAWBERRY SQUARE               PO BOX 67013
GREENVILLE  SC 29603-0826                HARRISBURG  PA 17120-0001                   HARRISBURG  PA 17106-7013


PA DEPARTMENT OF REVENUE                 PA TURNPIKE TOLL BY PLATE                   PB THE RANCH PENNSYLVANIA
DEPARTMENT 280946  ATTNBANKRUPTCY         PO BOX 645631                              103 POWELL CT SUITE 100
HARRISBURG  PA 17128-0946                PITTSBURGH  PA 15264-5254                   BRENTWOOD  TN 37027-5050


(P)PNC BANK RETAIL LENDING               PENN STATE HEALTH                          PENN STATE HEALTH HAMPDEN MEDICAL C
P O BOX 94982                            PO BOX 829725                               2200 GOOD HOPE RD
CLEVELAND OH 44101-4982                  PHILADELPHIA  PA 19182-9725                 ENOLA  PA 17025-1210

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

PENN STATE HEALTH HOLY SPIRIT
PO BOX 983159
BOSTON  MA 02298-3159

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280948
HARRISBURG  PA 17128-0948

EXCLUDE
(D) (P) PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

QUEST DIAGNOSTICS
500 PLAZA DRIVE
SECAUCUS  NJ 07094-3656

RAS CRANE  PARTNERS  PLLC
130 CLINTON RD 202
FAIRFIELD  NJ 07004-2927

REPUBLIC BANK  TRUST COMPANY
PO BOX 927830
SAN DIEGO  CA 92192-7830

SHELLPOINT
ATTN BANKRUPTCY
PO BOX 10826
GREENVILLE  SC 29603-0826

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK  VA 23541-1021

(P) U S  DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UPMC IMAGING SERVICES
200 LOTHROP STREET  SUITE E204
PITTSBURGH  PA 15213-2536

UPMC OUTPATIENT SERVICES
200 LOTHROP STREET
PITTSBURGH  PA 15213-2536

UPMC IN CENTRAL PA
PO BOX 2353
HARRISBURG  PA 17105-2353

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON  TX  77210-4457

WEST SHORE ANESTHESIA LTD
ATTENTION 6813
PO BOX 3484
TOLEDO  OH 43607-0484

(P) JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
JEANETTE P ELEUTERI
148 OLD FORD DR
CAMP HILL  PA 17011-8352

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG  PA 17102-2151

EXCLUDE
TODD J ELEUTERI
148 OLD FORD DR
CAMP HILL  PA 17011-8352