IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:23-bk-00472-HWV |
| TODD J. ELEUTERI and JEANETTE P. ELEUTERI | : | CHAPTER 13 |
| Debtors | : | Nature of Proceeding: Praecipe to Withdraw Motion of Ally Financial to Dismiss Debtors' Chapter 13 Case |
| ALLY FINANCIAL | : | |
| vs. Movant | : | Pleading: Motion of Ally Financial to Dismiss Debtors' Chapter 13 Case |
| TODD J. ELEUTERI and JEANETTE P. ELEUTERI Respondent | : | Document#: 20 |
| and | : | |
| JACK N ZAHAROPOULOS Trustee | : | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

■ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☐ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 5/30/23

                                                              */s/ Regina Cohen*
                                                             Regina Cohen

                                                            Attorney for Ally Financial