UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 23-00472
  CHAPTER 13

Todd J. Eleuteri,
   Debtor.

Jeanette P. Eleuteri,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA  30004
    Telephone: 470-321-7112

    By: /s/Michelle L. McGowan, Esq.
        Michelle L. McGowan, Esq.
        Email: mimcgowan@raslg.com

Case 1:23-bk-00472-HWV    Doc 48    Filed 12/05/23    Entered 12/05/23 07:32:14    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TODD J. ELEUTERI
148 OLD FORD DR.
CAMP HILL, PA 17011

JEANETTE P. ELEUTERI
148 OLD FORD DR.
CAMP HILL, PA 17011

And via electronic mail to:

LAW OFFICES OF JOHN M. HYAMS
2023 N 2ND ST
HARRISBURG, PA 17102


JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

                                              By: /s/ Amanda Nelson