# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Todd J. Eleuteri<br>Jeanette P. Eleuteri<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>Movant<br>vs. | NO. 23-00472 HWV |
| Todd J. Eleuteri<br>Jeanette P. Eleuteri<br>Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Request to Remove from the Hearing/Trial List of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about January 5th, 2024 as Document Number 53. That Request to Remove was filed in error as the associated hearing had already been removed from the list by the Court.

Dated: January 19, 2024

Respectfully submitted,

/s/Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com