# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| In re:<br><br>　Todd J. Eleuteri,<br>　　Debtor,<br><br>Jeanette P. Eleuteri,<br>　　Joint Debtor,<br>_____/<br><br>**NEWREZ LLC D/B/A Shellpoint Mortgage Servicing,**<br><br>　　Movant,<br><br>v.<br><br>**Todd J. Eleuteri,**<br>**Jeanette P. Eleuteri,**<br>**Jack N Zaharopoulos**<br><br>　　Respondents. | Bankruptcy No. 1:23-bk-00472-HWV<br><br>Chapter 13<br><br>Doc.: 52 |

## PRAECIPE TO RE-LIST HEARING ON MOTION FOR RELIEF

NEWREZ LLC D/B/A Shellpoint Mortgage Servicing,, movant, kindly requests the Motion for Relief filed on December 28, 2023 at Docket Entry #52 to be rescheduled for a hearing on June 4, 2024 at 9:30 a.m.

Date: April 25, 2024

           Respectfully Submitted:
           **Robertson, Anschutz, Schneid, Crane**
           **& Partners, PLLC**
           Attorney for Secured Creditor
           13010 Morris Rd., Suite 450
           Alpharetta, GA 30004
           Telephone: 470-321-7112
           By: /s/ Michelle L. McGowan
           Michelle L. McGowan
           PA Bar Number 62414
           Email: mimcgowan@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISION

| | |
|---|---|
| In re:<br><br>　Todd J. Eleuteri,<br>　　Debtor,<br><br>　Jeanette P. Eleuteri,<br>　　Joint Debtor,<br>_____/<br><br>NEWREZ LLC D/B/A Shellpoint Mortgage Servicing,<br><br>　　Movant,<br><br>v.<br><br>Todd J. Eleuteri,<br>Jeanette P. Eleuteri,<br>Jack N Zaharopoulos<br><br>　　Respondents. | Bankruptcy No. 1:23-bk-00472-HWV<br><br>Chapter 13<br><br>Doc.: 52 |

## **CERTIFICATE OF SERVICE**

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **April 25, 2024**, I served copies of the **Praecipe to Re-list Hearing on Motion for Relief** on the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Todd J. Eleuteri**
148 Old Ford Dr.
Camp Hill, PA 17011

**Jeanette P. Eleuteri**
148 Old Ford Dr.
Camp Hill, PA 17011

**John Matthew Hyams**
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

    Respectfully Submitted:
    **Robertson, Anschutz, Schneid, Crane**
    **& Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com