United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00472-HWV |
| Todd J. Eleuteri | Chapter 13 |
| Jeanette P. Eleuteri | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 12, 2024      Form ID: ordsmiss      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd J. Eleuteri, Jeanette P. Eleuteri, 148 Old Ford Dr., Camp Hill, PA 17011-8352 |
| cr | + | Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5525948 | + | Fairview Township EMS, 522 Locust Rd., New Cumberland, PA 17070-3139 |
| 5525950 | + | Lebanon Internal Medicine Assoc, PC, 755 Norman Dr., Lebanon, PA 17042-3704 |
| 5525951 | | NFIP Direct, Po Box 913111, Denver, CO 80291-3111 |
| 5525954 | | PB The Ranch Pennsylvania, 103 Powell Ct. Suite 100, Brentwood, TN 37027-5050 |
| 5525955 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5525956 | + | Penn State Health Hampden Medical C, 2200 Good Hope Rd, Enola, PA 17025-1210 |
| 5525957 | | Penn State Health Holy Spirit, PO Box 983159, Boston, MA 02298-3159 |
| 5525958 | | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5525961 | | Republic Bank & Trust Company, PO Box 927830, San Diego, CA 92192-7830 |
| 5582247 | + | Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5525963 | + | UPMC Imaging Services, 200 Lothrop Street, Suite E-204, Pittsburgh, PA 15213-2536 |
| 5525965 | + | UPMC Outpatient Services, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 5525966 | | West Shore Anesthesia LTD, Attention 6813, PO Box 3484, Toledo, OH 43607-0484 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2024 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Jul 12 2024 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jul 12 2024 18:38:02 | Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5528989 | + | EDI: AISACG.COM | Jul 12 2024 22:38:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5541483 | + | EDI: AISACG.COM | Jul 12 2024 22:38:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5525946 | + | EDI: GMACFS.COM | Jul 12 2024 22:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5541394 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 18:43:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525947 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Jul 12 2024 18:43:00 | Computer Credit, Inc., PO Box 5238, Winston |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salem, NC 27113-5238 |
| 5525967 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 12 2024 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5525968 | | EDI: IRS.COM | Jul 12 2024 22:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5525949 | | Email/Text: govtaudits@labcorp.com | Jul 12 2024 18:43:00 | LabCorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5534864 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2024 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5525952 | + | Email/Text: bankruptcynotices@psecu.com | Jul 12 2024 18:43:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5525971 | | EDI: PENNDEPTREV | Jul 12 2024 22:38:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5525971 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5525953 | ^ | MEBN | Jul 12 2024 18:37:48 | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 5525969 | | Email/Text: fesbank@attorneygeneral.gov | Jul 12 2024 18:43:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5540383 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 18:43:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5525959 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 18:43:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5525960 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 12 2024 18:43:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 5526755 | + | Email/Text: RASEBN@raslg.com | Jul 12 2024 18:43:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5525962 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2024 18:43:00 | Shellpoint, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5582247 | ^ | MEBN | Jul 12 2024 18:38:01 | Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5526146 | ^ | MEBN | Jul 12 2024 18:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5525970 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 12 2024 18:43:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5525964 | ^ | MEBN | Jul 12 2024 18:37:59 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5525972 | ^ | MEBN | Jul 12 2024 18:37:53 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5539118 | | EDI: AIS.COM | Jul 12 2024 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
| --- | --- | --- |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Jeanette P. Eleuteri jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Todd J. Eleuteri jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Michelle McGowan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| Regina Cohen | on behalf of Creditor Ally Financial rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd J. Eleuteri,

    **Debtor 1**

Jeanette P. Eleuteri,

    **Debtor 2**

Chapter     13

Case No.     1:23−bk−00472−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 12, 2024

ordsmiss (05/18)