Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Todd J. Eleuteri |
| Debtor 2 (Spouse, if filing) | Jeanette P. Eleuteri |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case Number | 23-00472 HWV |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: 7298

**Date of payment change:**
Must be at least 21 days after date of this notice          09/15/2023

**New total payment:**          $420.80
Principal, interest, and escrow, if any

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:_____
   _____

   Current escrow payment: $_____          New escrow payment: $_____

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____
   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:           New principal and interest payment:

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  Daily Simple Interest Accrual for Billing Period _____

   **Current mortgage Payment:** 430.38          **New mortgage payment:** 420.80

| Part 3: | Sign Here |
|---------|-----------|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Vicki Pringle _____      Date 08/22/2023

        Signature

Print:      Vicki Pringle _____      Title:    Support Specialist _____

Company    PNC Bank, National Association _____

Address:    P.O. Box 94982 _____

         Number     Street

         Cleveland, OH 44101-0570 _____

         City       State      ZIP Code

Contact Phone: 1-800-642-6323 Ext.         Email: bankruptcy@pnc.com _____

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

(Harrisburg)

| IN RE: Todd J. Eleuteri | Case No. 23-00472 |
| Jeanette P. Eleuteri | Judge     Henry W. Van Eck |
| | Chapter   13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on August 22, 2023, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: John Matthew Hyams
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

Further, I certify that, on August 22, 2023, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Todd J. Eleuteri            148 Old Ford Dr. Camp Hill, PA 17011

Jeanette P. Eleuteri

By: /s/ Vicki Pringle
Vicki Pringle
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814